# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Cathy L. Waldor |
| v. | : | Mag. No. 16-7094 |
| RICHARD VOGEL | : | **CRIMINAL COMPLAINT** |

I, James E. Harper, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### SEE ATTACHMENT A

I further state that I am a Special Agent with Amtrak, Office of Inspector General, Office of Investigations ("Amtrak OIG"), and that this complaint is based on the following facts:

### SEE ATTACHMENT B

continued on the attached page and made a part hereof.

_____
James E. Harper, Special Agent
Amtrak OIG

Sworn to before me and subscribed in my presence,
July 18, 2016 at Newark, New Jersey

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE            Signature of Judicial Officer

## ATTACHMENT A

### Count One
### (Fraud on Agency Receiving Federal Funds)

From at least in or about November 2015 to in or about June 2016, in Mercer, Middlesex and Union Counties, in the District of New Jersey and elsewhere, defendant

### RICHARD VOGEL,

being an agent of an organization, embezzled, stole, obtained by fraud and otherwise without authority converted to the use of any person other than the rightful owner and intentionally misapplied, money and property valued at $5,000 and more that was owned by, and was under the care, custody, and control of such organization, namely, the National Railroad Passenger Corporation ("Amtrak"), which received in excess of $10,000 in federal funds within the relevant one-year period.

In violation of Title 18, United States Code, Section 666(a)(1)(A) and Section 2.

### Count Two
### (Theft of Government Property)

From at least in or about November 2015 to in or about June 2016, in Mercer, Middlesex and Union Counties, in the District of New Jersey and elsewhere, defendant

### RICHARD VOGEL

did knowingly embezzle, steal, purloin, and convert to his own use, monies and things of value of the United States and any department and agency thereof, the value of which exceeded $1,000, specifically, regular and overtime pay and associated benefits for hours that defendant RICHARD VOGEL did not actually work.

In violation of Title 18, United States Code, Section 641 and Section 2.

1

## ATTACHMENT B

I, James E. Harper, am a Special Agent with Amtrak OIG. I have personally participated in this investigation and am aware of the facts contained herein, based upon my own investigation of the conduct of defendant RICHARD VOGEL, which included video surveillance, analysis of telephone records, Amtrak billing and time-keeping records, as well as information provided to me by other law enforcement officers. Because this Attachment A is submitted for the limited purpose of establishing probable cause, I have not included herein the details of every aspect of the investigation. Where the content of documents and the actions, statements, and conversations of individuals are recounted herein, they are recounted in substance and in part, except where otherwise indicated.

1. At all times relevant to this Complaint:

    a. Defendant RICHARD VOGEL (hereinafter "defendant VOGEL") was employed by Amtrak as a supervisor working on the Construction Signals side of the Communications and Signals Department ("C&S"), New York Division. In particular, defendant VOGEL was a supervisor of work gangs NI10, Q071B, and R951, headquartered in Linden, New Jersey, as well as work gang Q064, headquartered in Princeton Junction, New Jersey. Defendant VOGEL was responsible for the supervision of the 35 employees working in gangs NI10, Q064, Q071B, and R951. Defendant VOGEL supervised the Signal Construction gangs, where he coordinated the troubleshooting, maintenance, construction, planning and repair of railroad communications and signals. In addition, VOGEL supervised, maintained and developed work estimates for signals, the planning process, budget management, job planning, drawing/sketches, material lists/costs, time estimates and maintenance of labor costs. Defendant VOGEL has been employed by Amtrak since in or about January 26, 1977.

    b. Amtrak is a private, for-profit corporation, which was created by the United States Congress in 1970, by the passage of the Rail Passenger Service Act. Notwithstanding its structure as a private corporation, the United States Supreme Court has recognized that Amtrak was "created by the [federal] Government, is controlled by the Government, and operates for the Government's benefit." *Dept. of Trans. v. Assoc. of Am. Railroads*, 135 S.Ct. 1225, 1232 (2015).

    c. Amtrak's ownership and corporate structure are heavily controlled by the federal government:

        i. All of Amtrak's preferred stock and most of its common stock are owned by the federal government, specifically, the United States Department of Transportation.

        ii. Amtrak's nine-member Board of Directors is composed of: a) the Secretary of the United States Department of Transportation; b) seven other board members appointed by the President of the United States and

cumulative losses of approximately $71,946.02, based on 726.75 hours fraudulently billed for regular ("reg.") and overtime ("OT") hours when defendant VOGEL was not actually present at the required work location, as well as associated overhead charges.

4. Overhead charges represent the indirect support expenses incurred by Amtrak related to specific geographic regions and departments that are involved in a particular project, including, among other items, human resources costs and employee health benefits. "Overhead Overcharged" as referenced herein represents the specific amounts of overhead costs incurred by Amtrak allocable to hours that defendant VOGEL fraudulently billed, but was not working.

5. Based on video surveillance of the exterior of defendant VOGEL's residence in Edison, New Jersey ("Vogel's Residence"), for certain weekend days, defendant VOGEL was never present at an Amtrak location for the entire day, and thus did not work the 12-hour overtime shifts that he billed on those days. For example, on the following days, defendant VOGEL claimed to be working overtime hours, but his Amtrak-issued vehicle was either parked at his residence in Edison, New Jersey ("Vogel's Residence") for the entire day, or was only away from Vogel's Residence for a minimal amount of time.

| DATE | OT HOURS BILLED BUT NOT PRESENT | DEFENDANT VOGEL'S LOCATION |
|---|---|---|
| 1/30/16 | 12 | Vogel's Residence |
| 1/31/16 | 12 | Vogel's Residence |
| 2/7/16 | 12 | Vogel's Residence |
| 2/20/16 | 12 | Vogel's Residence |
| 2/21/16 | 12 | Vogel's Residence |
| 2/27/16 | 12 | Vogel's Residence (car left for 21 mins after shift) |
| 2/28/16 | 12 | Vogel's Residence |
| 3/5/16 | 12 | Vogel's Residence (car left for 13 mins after shift) |
| 3/6/16 | 12 | Vogel's Residence |
| 3/26/16 | 12 | Vogel's Residence |
| 3/27/16 | 12 | Vogel's Residence |
| 4/2/16 | 12 | Vogel's Residence (car left for 19 mins after shift) |
| 4/3/16 | 12 | Vogel's Residence |
| 4/9/16 | 11.5 | Vogel's Residence (car left for 24 mins) |
| 4/10/16 | 12 | Vogel's Residence |
| 4/16/16 | 12 | Vogel's Residence |
| 4/17/16 | 12 | Vogel's Residence |
| 5/7/16 | 12 | Vogel's Residence |
| 5/22/16 | 11.5 | Vogel's Residence (car left for 7 mins) |
| 6/5/16 | 12 | Vogel's Residence |
| 6/12/16 | 12 | Vogel's Residence |
| TOTAL | 251 | |

6. For other days, defendant VOGEL worked his assigned regular shift (scheduled from 6:00 a.m. to 2:30 p.m. with a 30 minute unpaid break), and also claimed to work a four hour overtime shift. However, for the majority of the overtime hours that he claimed to be working, defendant VOGEL was present at Vogel's Residence, not an Amtrak location, according to a review of video surveillance footage of the exterior of Vogel's Residence.

7. The following chart sets forth a summary of defendant VOGEL's fraudulent billing of Amtrak and is based on a review of certain evidence, which included video surveillance of the exterior of Vogel's Residence, his cellular telephone records, and Amtrak billing and time-keeping records.

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED[1] |
|---|---|---|---|---|---|---|---|---|---|
| 11/30/15 | 8 reg, 4 OT | 5:45am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .25 reg hrs |
| 1/04/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 1/05/16 | 8 reg, 4 OT | 5:45am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .25 reg hrs |
| 1/06/16 | 8 reg, 4 OT | 5:45am-3:30pm | 3:30pm-6pm | | 2.5 | | 154.72 | 103.17 | .25 reg hrs |
| 1/07/16 | 8 reg, 4 OT | 5:45am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .25 reg hrs |
| 1/08/16 | 8 reg, 4 OT | 5:15am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .75 reg hrs |
| 1/11/16 | 8 reg, 4 OT | 5am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | 1 reg hr |
| 1/12/16 | 8 reg, 4 OT | 5am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | 1 reg hr |
| 1/14/16 | 8 reg, 4 OT | 5:15am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .75 reg hrs |
| 1/15/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 1/18/16 | 8 reg, 4 OT | 4:45am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | 1.25 reg hrs |
| 1/19/16 | 8 reg, 4 OT | 5:45am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .25 reg hrs |
| 1/20/16 | 8 reg, 4 OT | 6:45am-2:30pm | 6am-6:45am, 2:30pm-6pm | .75 | 3.5 | 30.95 | 216.61 | 174.85 | |
| 1/21/16 | 8 reg, 4 OT | 6:15am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | |
| 1/22/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 1/26/16 | 8 reg, 4 OT | 5:45am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .25 reg hrs |

---

[1] Defendant Vogel is a member of American Railways and Airways Supervisors Association Maintenance of Way union, and thus the terms of his employment are covered by the ARASA (MW) Collective Bargaining Agreement ("CBA"). Pursuant to Rule 43 of the CBA, and Amtrak's policy regarding alternate garaging of the Amtrak-owned vehicle assigned to him, the time that defendant Vogel spent commuting between his residence and Amtrak work sites was counted as working time for the purpose of this analysis. Thus, to the extent that defendant Vogel left Vogel's Residence prior to the start of his assigned shift at 6:00 a.m., he was credited that travel time at his regularly hourly rate.

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED |
|---|---|---|---|---|---|---|---|---|---|
| 1/27/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 1/28/16 | 8 reg, 4 OT | 5:30am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .5 reg hrs |
| 1/29/16 | 8 reg, 4 OT | 5:30am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.09 | 154.75 | .5 reg hrs |
| 1/30/16 | 12 OT | None. Car at Vogel's Residence all day | 12 OT hrs | | 12 | | 742.68 | 495.22 | |
| 1/31/16 | 12 OT | None. Car at Vogel's Residence all day | 12 OT hrs | | 12 | | 742.68 | 495.22 | |
| 2/1/16 | 8 reg, 4 OT | 5:15am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .75 reg hrs |
| 2/2/16 | 8 reg, 4 OT | 5:45am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .25 reg hrs |
| 2/5/16 | 8 reg, 4 OT | 5:30am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .5 reg hrs |
| 2/6/16 | 12 OT | 7:30am-12:15pm | 6am-7:30am; 12:15pm-6pm | | 7.25 | | 448.70 | 299.19 | |
| 2/7/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 2/8/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 2/9/16 | 8 reg, 4 OT | 5:15am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .75 reg hrs |
| 2/10/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 2/11/16 | 8 reg, 4 OT | 5:15am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .75 reg hrs |
| 2/12/16 | 8 reg, 4 OT | 5:15am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .75 reg hrs |
| 2/13/16 | 12 OT | 7:45am-12pm | 6am-7:45am; 12pm-6pm | | 7.75 | | 479.64 | 319.83 | |
| 2/16/16 | 8 reg, 4 OT | 5am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | 1 reg hr |
| 2/17/16 | 8 reg, 4 OT | 5:15am-11:30am | 11:30am-6pm | 2.5 | 4 | 103.15 | 247.56 | 266.46 | .75 reg hrs |
| 2/18/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 2/19/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 2/20/16 | 12 OT | 8am-3pm | 6am-8am; 3pm-6pm | | 5 | | 309.45 | 206.34 | |
| 2/21/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 2/22/16 | 8 reg, 4 OT | 5:30am-4pm | 4pm-6pm | | 2 | | 123.78 | 82.53 | .5 reg hrs |
| 2/23/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED[1] |
|---|---|---|---|---|---|---|---|---|---|
| 2/24/16 | 8 reg, 4 OT | 5:15am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .75 reg hrs |
| 2/25/16 | 8 reg, 4 OT | 5:45am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .25 reg hrs |
| 2/26/16 | 8 reg, 4 OT | 5:15am-1:45pm | 1:45pm-6pm | .25 | 4 | 10.32 | 247.56 | 175.21 | .75 reg hrs |
| 2/27/16 | 12 OT | None. Car at Vogel's Residence except for 20 mins after OT shift. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 2/28/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 2/29/16 | 8 reg, 4 OT | 5am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | 1 reg hr |
| 3/1/16 | 8 reg, 4 OT | 5am-1:45pm | 1:45pm-6pm | .25 | 4 | 10.31 | 247.56 | 175.21 | 1 reg hr |
| 3/2/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 3/3/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 3/4/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 3/5/16 | 12 OT | None. Car at Vogel's Residence except for 13 mins after OT shift. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 3/6/16 | 12 OT | None. Car at Vogel's Residence all day | 12 OT | | 12 | | 742.68 | 495.22 | |
| 3/7/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 3/8/16 | 8 reg, 4 OT | 5:30am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .5 reg hrs |
| 3/9/16 | 8 reg, 4 OT | 5:30am-12pm | 12pm-6pm | 2 | 4 | 82.52 | 247.56 | 246.18 | .5 reg hrs |
| 3/10/16 | 8 reg, 4 OT | 5:45am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .25 reg hrs |
| 3/11/16 | 8 reg, 4 OT | 5:45am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .25 reg hrs |
| 3/12/16 | 12 OT | 10:30am-11:15am. Car at Vogel's Residence except for 34 mins. | 6am-10:30am, 11:15am-6pm | | 11.25 | | 696.26 | 464.27 | |
| 3/13/16 | 12 OT | None. Car at Vogel's Residence | 12 OT | | 12 | | 742.68 | 495.22 | |

7

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | all day. | | | | | | | |
| 3/14/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 3/15/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 3/16/16 | 8 reg, 4 OT | 5:30am-1:15pm | 1:15pm-6pm | .75 | 4 | 30.95 | 247.56 | 195.49 | .5 reg hrs |
| 3/17/16 | 8 reg, 4 OT | 5:30am-1:15pm | 1:15pm-6pm | .75 | 4 | 30.95 | 247.56 | 195.49 | .5 reg hrs |
| 3/18/16 | 8 reg, 4 OT | 5:15am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .75 reg hrs |
| 3/19/16 | 12 OT | 7:30am-12:30pm | 6am-7:30am; 12:30pm-6pm | | 7 | | 433.23 | 288.88 | |
| 3/20/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 3/21/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 3/22/16 | 8 reg, 4 OT | 5:15am-11:45am | 11:45am-6pm | 2.25 | 4 | 92.84 | 247.56 | 256.32 | .75 reg hrs |
| 3/23/16 | 8 reg, 4 OT | None. Car only left Vogel's Residence for 10 mins total after shift ended. | 6am-6pm | 4 | 8 | 330.08 | 247.56 | 489.51 | |
| 3/24/16 | 8 reg, 4 OT | 5:15am-1:45pm | 1:45pm-6pm | .25 | 4 | 10.32 | 247.56 | 175.21 | .75 reg hrs |
| 3/26/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 3/27/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 3/28/16 | 8 reg, 4 OT | 5:15am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .75 reg hrs |
| 3/29/16 | 8 reg, 4 OT | 5:15am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .75 reg hrs |
| 3/30/16 | 8 reg, 4 OT | 7am-3pm | 6am-7am; 3pm-6pm | 1 | 3 | 41.26 | 185.67 | 164.35 | |
| 3/31/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 4/1/16 | 8 reg, 4 OT | 5:45am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .25 reg hrs |
| 4/2/16 | 12 OT | None. Car at Vogel's Residence except for 19 mins after OT shift. | 12 OT | | 12 | | 742.68 | 495.22 | |

8

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED |
|---|---|---|---|---|---|---|---|---|---|
| 4/3/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 4/5/16 | 8 reg, 4 OT | 6:30am-3:30pm | 6am-6:30am; 3:30pm-6pm | .5 | 2.5 | 20.63 | 154.73 | 123.45 | |
| 4/6/16 | 8 reg, 4 OT | 6:45am-3:15pm | 6am-6:45am; 3:15pm-6pm | .75 | 2.75 | 30.95 | 170.20 | 143.90 | |
| 4/8/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 4/9/16 | 12 OT | 5pm-5:30pm | 6am-5pm; 5:30pm-6pm | | 11.5 | | 711.74 | 474.58 | |
| 4/10/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 4/11/16 | 8 reg, 4 OT | 5am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.09 | 154.75 | 1 reg hr |
| 4/12/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 4/13/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg |
| 4/14/16 | 8 reg, 4 OT | 5:15am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.09 | 154.75 | .75 reg hrs |
| 4/15/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 4/16/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 4/17/16 | 12 OT | None. Car at Vogel's Residence all day. | 12 OT | | 12 | | 742.68 | 495.22 | |
| 4/18/16 | 8 reg, 4 OT | 5:15am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .75 reg hrs |
| 4/19/16 | 8 reg, 4 OT | 5:45am-3pm | 3pm-6pm | | 3 | | 185.67 | 123.80 | .25 reg hrs |
| 4/20/16 | 8 reg, 4 OT | 5:30am-1:30pm | 1:30pm-6pm | .5 | 4 | 20.63 | 247.56 | 185.35 | .5 reg hrs |
| 4/21/16 | 8 reg, 4 OT | 5:45am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .25 reg hrs |
| 4/22/16 | 8 reg, 4 OT | 5:45am-1:15pm | 1:15pm-6pm | 0.75 | 4 | 30.95 | 247.56 | 195.48 | .25 reg hrs |
| 5/2/16 | 8 reg, 4 OT | 11:30-2:30pm | 6am-11:30am, 2:30pm-6pm | 5.5 | 3.5 | 226.93 | 216.61 | 367.49 | |
| 5/3/16 | 8 reg, 4 OT | 5:30am-4:15pm | 4:15pm-6pm | | 1.75 | | 108.30 | 72.21 | .5 reg hrs |
| 5/4/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30 pm - 6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 5/5/16 | 8 reg, 4 OT | 5:45am-2pm | 2pm-6pm | | 4 | | 247.56 | 165.07 | .25 reg hrs |
| 5/6/16 | 8 reg, 4 OT | 5:45am-2:30pm | 2:30pm - 6pm | | 3.5 | | 216.61 | 144.43 | .25 reg hrs |
| 5/7/16 | 12 OT | None. Car at Vogel's | 12 OT | | 12 | | 742.68 | 495.22 | |

9

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | Residence all day. | | | | | | | |
| 5/9/16 | 8 reg, 4 OT | 5:45am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .25 reg hrs |
| 5/10/16 | 8 reg, 4 OT | 5:45am-1:30pm | 1:30pm-6pm | 0.5 | 4 | 20.63 | 247.56 | 185.35 | .25 reg hrs |
| 5/11/16 | 8 reg, 4 OT | 5:30am-1:30pm | 1:30pm-6pm | 0.5 | 4 | 20.63 | 247.56 | 185.35 | .5 reg hrs |
| 5/12/16 | 8 reg, 4 OT | 5:30am-1:30pm | 1:30pm-6pm | 0.5 | 4 | 20.63 | 247.56 | 185.35 | .5 reg hrs |
| 5/17/16 | 8 reg, 4 OT | 5:30am-2:45pm | 2:45pm-6pm | | 3.25 | | 201.14 | 134.12 | .5 reg hrs |
| 5/18/16 | 8 reg, 4 OT | 5:30am-1:30pm | 1:30pm-6pm | 0.5 | 4 | 20.63 | 247.56 | 185.35 | .5 reg hrs |
| 5/19/16 | 8 reg, 4 OT | 5:30am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .5 reg hrs |
| 5/20/16 | 8 reg, 4 OT | 5:30am-1:30pm | 1:30pm-6pm | .5 | 4 | 20.63 | 247.56 | 185.35 | .5 reg hrs |
| 5/21/16 | 12 OT | 7:30am-11am | 6am-7:30am, 11am-6pm | | 8.5 | | 526.06 | 350.78 | |
| 5/22/16 | 12 OT | 10am-10:30am | 6am-10am, 10:30am-6pm | | 11.5 | | 711.73 | 474.58 | |
| 5/23/16 | 8 reg, 4 OT | 5:30am-1:30pm, 4pm-4:45pm | 1:30-4pm, 4:45-6pm | .5 | 3.25 | 20.63 | 201.14 | 154.39 | .5 reg hrs |
| 5/24/16 | 8 reg, 4 OT | 5:30am-1:45pm | 1:45pm-6pm | .25 | 4 | 10.31 | 247.56 | 175.21 | .5 reg hrs |
| 6/2/16 | 8 reg, 4 OT | 5:30am-12:45pm | 12:45pm-6pm | 1.25 | 4 | 51.57 | 247.56 | 215.76 | .5 reg hrs |
| 6/3/16 | 8 reg, 4 OT | 5:30am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .5 reg hrs |
| 6/4/16 | 12 OT | 7:45am-1:30pm | 6am-7:45am, 1:30-6pm | | 6.25 | | 386.81 | 257.92 | |
| 6/5/16 | 12 OT | | 12 OT | | 12 | | 742.68 | 495.22 | |
| 6/6/16 | 8 reg, 4 OT | 5:30am-3:30pm | 3:30pm-6pm | | 2.5 | | 154.72 | 103.16 | .5 reg hrs |
| 6/7/16 | 8 reg, 4 OT | 5:30am-1:15pm | 1:15pm-6pm | .75 | 4 | 30.94 | 247.56 | 195.48 | .5 reg hrs |
| 6/8/16 | 8 reg, 4 OT | 5:30am-2:15pm | 2:15pm-6pm | | 3.75 | | 232.08 | 154.75 | .5 reg hrs |
| 6/9/16 | 8 reg, 4 OT | 5:30am-1:15pm | 1:15pm-6pm | .75 | 4 | 30.94 | 247.56 | 195.49 | .5 reg hrs |
| 6/10/16 | 8 reg, 4 OT | 5:30am-1:45pm | 1:45pm-6pm | .25 | 4 | 10.31 | 247.56 | 175.21 | .5 reg hrs |
| 6/11/16 | 12 OT | 8:45am-12:45pm | 6am-8:45am, 12:45pm-6pm | | 8 | | 495.12 | 330.14 | |
| 6/12/16 | 12 OT | | 12 OT | | 12 | | 742.68 | 495.22 | |
| 6/15/16 | 8 reg, 4 OT | 9-11am, 2-2:30pm | 6am-9am, 2:30pm-6pm | 3 | 3.5 | 123.78 | 216.61 | 266.10 | |
| 6/16/16 | 8 reg, 4 OT | | 6am-6pm | 8 | 4 | 330.08 | 247.56 | 489.51 | |
| 6/17/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.43 | .75 reg hrs |
| 6/18/16 | 12 OT | 7:30am- | 6am-7:30am, | | 5.25 | | 324.92 | 216.66 | |

| DATE | SHIFTS BILLED | TIME COUNTED AS WORKED | HOURS BILLED BUT NOT PRESENT | REG. HOURS OVERBILLED | OT HOURS OVERBILLED | COST OF REG HOURS OVERBILLED ($) | COST OF OT OVERBILLED ($) | OVERHEAD OVERCHARGED ($) | TRAVEL TIME CREDITED[1] |
|---|---|---|---|---|---|---|---|---|---|
| | | 11:15am, 1:30-2:15pm | 2:15pm-6pm | | | | | | |
| 6/23/16 | 8 reg, 4 OT | 5:15am-2:30pm | 2:30pm-6pm | | 3.5 | | 216.61 | 144.36 | .75 reg hrs |
| 6/24/16 | 8 reg, 4 OT | 5:30am-1pm | 1pm-6pm | 1 | 4 | 41.26 | 247.56 | 205.62 | .5 reg |
| | | | | 41 | 685.75 | $1,856.72 | $42,193.24 | $29,959.05 | |
| | | | SUBTOTAL | | | | $74,009.01 | | $2062.99 |
| | | | TOTAL | | | | $71,946.02 | | |

11